CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 10 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRE LLC, | ) |
| | ) Civil Action No. 7:10-cv-00434 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TRAVIS C. MICKLE, PH.D., et al. | ) |
| | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Shire LLC's motion to dismiss Travis Mickle's counterclaims is **DENIED** as to all claims except the breach of contract claim based on the confidentiality provisions of the settlement agreement.

**ENTER:** March 10, 2011.

_____
UNITED STATES DISTRICT JUDGE