CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 15 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRE LLC, | ) |
| | ) Civil Action No. 7:10-cv-00434 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TRAVIS C. MICKLE, PH.D., et al. | ) |
| | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that:

(1) The motion to bifurcate and stay discovery on KemPharm's tortious interference, unfair competition, and Sherman Act counterclaims under Rule 42(b) by Shire LLC, Shire Pharmaceuticals, Inc., and Shire US, Inc. is **GRANTED**;

(2) KemPharm's slander counterclaim, and Mickle's slander and breach of settlement agreement counterclaims are bifurcated and that discovery relating to these claims shall be stayed until Shire LLC's breach of contract claims and the defendants' declaratory judgment counterclaims are resolved;

(3) The motion to dismiss KemPharm's counterclaims by Shire LLC, Shire Pharmaceuticals, Inc., and Shire US, Inc. is **DENIED** without prejudice as premature.

**ENTER**: July 15, 2011.

UNITED STATES DISTRICT JUDGE