CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRE LLC, | )<br>) |
|     Plaintiff/Counterclaim Defendant,<br>    et. al, | )<br>)<br>) |
| v. | )   Civil Action No. 7:10-cv-00434 |
| TRAVIS C. MICKLE, PH.D., and<br>KEMPHARM, INC., | )<br>)<br>) |
|     Defendants/Counterclaim Plaintiffs. | )<br>)<br>) |

## ORDER REGARDING SEALED DOCUMENTS

This matter came before the Court on Plaintiff/Counterclaim Defendant Shire LLC's, Counterclaim Defendants Shire US Inc.'s and Shire Pharmaceuticals Inc.'s, and Defendants/Counterclaim Plaintiffs Travis C. Mickle, Ph.D.'s and KemPharm, Inc.'s Joint Motion for the Return of Sealed Documents ("Motion"). For good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that all documents, including pleadings, which were placed under seal shall not be unsealed upon the dismissal of this action. Instead, the Clerk of Court shall make the necessary arrangements so that: (i) all electronically-scanned or electronically-filed sealed documents be deleted; and (ii) all paper copies of sealed documents be returned to counsel.

**ENTER:** March 27, 2012.

/s/ Samuel G. Wilson
Samuel G. Wilson
United States District Court Judge

17713/1/5816148v3