EXECUTION COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRE LLC, et al., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 7:10-cv-00434-sgw-pms |
| TRAVIS C. MICKLE, PH.D., and KEMPHARM, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

All parties to this action, by and through their respective counsel, do hereby agree under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the voluntary dismissal with prejudice of all claims, counter-claims, and defenses that have or could have been brought in this action; with each party to bear its own attorneys' fees, costs, and other expenses.

Dated: March 27 2012

TM

s/W. David Paxton
W. David Paxton (VSB No. 19798)
Michael J. Finney (VSB No. 78484)
GENTRY LOCKE RAKES & MOORE LLP
800 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400
david_paxton@gentrylocke.com
michael_finney@gentrylocke.com

Edgar H. Haug (admitted *pro hac vice*)
Sandra Kuzmich, Ph.D. (admitted *pro hac vice*)
Eugene LeDonne (admitted *pro hac vice*)
Richard E. Parke (admitted *pro hac vice*)
Ami E. Simunovich (admitted *pro hac vice*)
Brian S. Goncalves (admitted *pro hac vice*)
Richard F. Kurz (admitted *pro hac vice*)
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
Fax: (212) 588-0500
ehaug@flhlaw.com
skuzmich@flhlaw.com
eledonne@flhlaw.com
rparke@flhlaw.com
asimunovich@flhlaw.com
bgoncalves@flhlaw.com
rkurz@flhlaw.com

Michael F. Brockmeyer (admitted *pro hac vice*)
FROMMER LAWRENCE & HAUG LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530
Fax: (202) 292-1531
mbrockmeyer@flhlaw.com

*Counsel for Shire LLC, Shire Pharmaceuticals Inc., and Shire US Inc.*

TM

s/John E. Davidson

John E. Davidson, Esq. (VSB No. 40470)
Local Counsel for Plaintiff
Davidson & Kitzmann, PLC
211 East High Street
Charlottesville, Virginia 22902
(434) 972-9600
(434) 220-0011 (fax)
jed@dklawyers.com

Thomas J. Wimbiscus  (admitted *pro hac vice*)
Gregory C. Schodde  (admitted *pro hac vice*)
Patricia J. McGrath (admitted *pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
twimbiscus@mcandrews-ip.com
gschodde@mcandrews-ip.com
pmcgrath@mcandrews-ip.com

*Counsel for Travis C. Mickle, Ph.D. and KemPharm, Inc.*

TM